FILED'08 OCT 14 16:53 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| SCOTT ALLEN, | Civil No. 3:07-CV-1492-JE |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS ORDERED AND ADJUDGED that this case is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings in accordance with this Court's Order.

Judgment is entered for Plaintiff and this case is closed.

DATED this __14__ day of __October__, 2008.

_____
UNITED STATES MAGISTRATE JUDGE